500

**Homer C. PRICE, Petitioner, v. Honorable Edward J. MOINET, Judge of the United States District Court for the Eastern District of Michigan, Respondent.**

Circuit Court of Appeals, Sixth Circuit.

April 12, 1940.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

A petition to this court to issue a writ of mandamus requiring respondent to enter a decision upon petitioner's application for an appeal from a conviction and judgment in Criminal Cause No. 24269, entered by respondent as Judge of the United States District Court for the Eastern District of Michigan, having been filed; and an order that respondent show cause why a writ should not issue as prayed for has been issued; and an answer having been filed by respondent pursuant to such order; and it appearing from said answer that no application for appeal is pending before respondent or in the United States District Court for the Eastern District of Michigan, it is ordered and adjudged that the rule be discharged and the petition for writ of mandamus be and the same is hereby dismissed.

**Jessie PRITCHARD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9651.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1940.

Mathewson & Pearson, of Seattle, Wash., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming on regularly upon notice of default given to counsel for petitioner upon failure to pay docket fee and estimated expense of printing record, and there being no appearance on behalf of petitioner, ordered petition to review, 40 B.T.A. 1289, herein dismissed for failure to pay docket fee, as required by Rule 14, and estimated expense of printing record, as required by Rule 19; that a judgment be filed and entered accordingly, and mandate issued forthwith.

**William R. TRACY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8363.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1940.

Earl W. Shinn, of Washington, D. C., and Albert Hubschman, of New York City, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, P. A. Bayer, and Irving M. Tullar, all of Washington, D. C., for respondent.

Before HICKS, ARANT, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel and on consideration whereof, it is ordered and adjudged that the decision of the Board of Tax Appeals be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the Board, 38 B.T.A. 1366.